IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ZANE BYRD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:24-cv-00244-C |
| | ) |
| AUSTAL USA, LLC | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that the Defendant's motion for summary judgment (Doc. 39) is **GRANTED**. Thus, the Plaintiff's claims of disability discrimination and retaliation under the ADAAA, as set forth in the Complaint (Doc. 1), are **DISMISSED WITH PREJUDICE.** Costs are awarded to the Defendant.

DONE this the 2nd day of September, 2025.

s/WILLIAM E. CASSADY
UNITED STATES MAGISTRATE JUDGE